Daniel B. Beck, SBN 63865
Beck Law P.C.
2681 Cleveland Avenue
Santa Rosa CA 95403
Phone: 707-576-7175
Fax: 707-576-1878

Email: danbeck@becklaw.net

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                              Case No. 11-11247

Matthew and Johanna Davenport,                     Chapter 13

    Debtors(s)

_____/

**MOTION TO AVOID LIEN RELATED TO CLAIM OF FIA CARD SERVICES, N.A.**

    Debtors Matthew and Johanna Davenport move the court for an order avoiding the lien of FIA CARD SERVICES, N.A. held against debtors' real property located at 1673 Waring Court, Santa Rosa, CA 95401. The ground for avoiding this lien is that any related claim is totally unsecured under 11 U.S.C. § 506(a).

    1. Debtor commenced this case on **April 4, 2011**

    2. Among the assets at the commencement of the case was debtors' real property commonly known as 1673 Waring Court, Santa Rosa, CA 95401. (the "Property")

        3. Creditor FIA CARD SERVICES, N.A. is the servicer with respect to a judgment lien in the amount of $23,357.83

    4. The property is subject to a mortgage lien, shown on the debtors' schedules, senior to the lien sought to be avoided (the "Senior Liens") as follows:

        a. Bank of America Home Loan Servicing, LP $470,796.00

11-11247- Motion to Avoid Lien – Page 1
Case: 11-11247   Doc# 23   Filed: 04/29/11   Entered: 04/29/11 14:05:29   Page 1 of 3

    b. GMAC Mortgage  $42,286.14

 5. The value of the Property at the commencement of the case was $235,000 as reflected in the Request for Judicial Notice, filed herewith.

 6. The Senior Liens totals $513,082.14 which is more than the valued of the Property.

 7. Because the lien is totally unsecured, Debtor is entitled to an order that, for purposes of their chapter 13 plan, the Lien is valued at zero and that FIA CARD SERVICES, N.A. does not have a secured claim and the Lien be voided upon debtors' chapter 13 discharge.

 WHEREFORE, Debtor prays the court to enter an order as follows:

 For purposes of the debtors' chapter 13 plan, the Lien is valued at zero and FIA CARD SERVICES, N.A., does not have a secured claim.  Upon entry of the debtors' chapter 13 discharge, the Lien shall be voided pursuant to 11 U.S.C. § 1322(b)(2) and be of effect.  If the debtors' case is dismissed or converted before they obtain their chapter 13 discharge, the Lien shall remain in full force and effect per 11 U.S.C. §§ 348(f)(1)(c) and 349 (b)(1)(c).

 Respectfully submitted,

Date: April 29, 2011       BECK LAW P.C.

              /s/ Daniel B. Beck_____
              by:  Daniel B. Beck
              Attorneys for Debtor(s)

11-11247- Motion to Avoid Lien – Page 2

Case: 11-11247 Doc# 23 Filed: 04/29/11 Entered: 04/29/11 14:05:29 Page 2 of 3

DECLARATION OF MATTHEW DAVENPORT

I, MATTHEW DAVENPORT am the debtor described in the above motion. Based on my personal knowledge and my examination of the documents described above I declare under penalty of perjury that the facts described in the above motion are true and correct to the best of my knowledge information and belief.

Date: April 29, 2011

/s/ Matthew Davenport
Matthew Davenport
