**Entered on Docket
May 12, 2011**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed: May 12, 2011**



_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge

Daniel B. Beck, Esq. (SBN 63865)
BECK LAW, P.C.
2681 Cleveland Avenue
Santa Rosa, California 95403
Telephone: (707) 576-7175
Facsimile: (707) 576-1878

Attorneys for Debtor(s):
Matthew and Johanna Davenport

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SANTA ROSA DIVISION

| | |
|---|---|
| In re: | Bk. No. 11-11247 |
| MATTHEW AND JOHANNA DAVENPORT<br>Debtor(s) | Chapter 13 |
| | HON. Judge Jaroslovsky |
| | ORDER ON STIPULATION RE: AVOIDANCE OF LIEN |

The parties having agreed to the terms set forth in the Stipulation Re: Avoidance of Lien are bound by the terms of their stipulation. The Stipulation Re: Avoidance of Lien is hereby approved and made and order of the court.

*END OF ORDER*